IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUAN FRANCISCO VEGA,

       Appellant/Cross-Appellee,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES, et al.,

       Appellees/Cross-Appellants.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4744

Opinion filed July 2, 2015.

An appeal from the circuit court for Leon County.
George S. Reynolds, III, Judge.

Juan Francisco Vega, pro se, Appellant/Cross-Appellee.

Rebecca Kapusta, General Counsel, and Paul Sexton, Assistant General Counsel, Tallahassee, for Appellee/Cross-Appellant Department of Children & Families; Gregory A. Kummerlen of Wiederhold, Moses, Kummerlen & Waronicki, P.A., West Palm Beach, for Appellee/Cross-Appellant Florida Civil Commitment Center.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., BENTON, and LEWIS, JJ., CONCUR.